# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



| | |
|---|---|
| United States of America<br>v.<br>Kenneth McCord<br><br>*Defendant* | )<br>)  Case No.  2:25-mj-00065<br>)<br>)<br>)<br>) |

REC'D USMS CHARLESTON, WV
MAR 19 2025 AM 11:07

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kenneth McCord                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2252A(a)(2) - Receipt and Attempted Receipt of Child Pornography

Date: March 19, 2025

_____
*Issuing officer's signature*

City and state:   Charleston, West Virginia          Dwane L. Tinsley, United States Magistrate Judge
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/19/25, and the person was arrested on *(date)* 3/19/25
at *(city and state)* _____.

Date: 3/19/25                    Mark Burnett
                                *Arresting officer's signature*

                                Mark Burnett, Special Ast
                                *Printed name and title*